# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**GLEN KERLEY**                                                   **PLAINTIFF**

v.                                                   **CAUSE NO. 1:18CV273-LG-RHW**

**TORENCE HATCH (also known as Little Boosie); LARRY ANDERSON; JOHN AND JANE DOES 1-10; and XYZ COMPANIES 1-10**      **DEFENDANTS**

## DEFAULT JUDGMENT

In accordance with the Order Granting Motion for Default Judgment entered herewith, this Court finds that the defendants, Torence Hatch (a/k/a Little Boosie) and Larry Anderson, are jointly and severally liable to the plaintiff, Glen Kerley, for the following damages: (1) past and future medical expenses in the amount of $24,422.14; (2) past, present, and future pain and suffering in the amount of $50,000; (3) lost wages in the amount of $706.40; (4) punitive damages in the amount of $100,000; (5) attorney's fees in the amount of $58,000; and (6) post-judgment interest at the appropriate rate.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that default judgment is entered in Mr. Kerley's favor in the total amount of $233,128.54 in addition to post-judgment interest.

**SO ORDERED AND ADJUDGED** this the 2nd day of July, 2019.

                                                    s/ *Louis Guirola, Jr.*
                                                    LOUIS GUIROLA, JR.
                                                    UNITED STATES DISTRICT JUDGE